IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ANTHONY M. WHITE, | ) |
| Plaintiff, | ) Case No. 4:15-cv-00157-SRB |
| v. | ) Removal from the Circuit Court of Jackson County, Missouri |
| HD SUPPLY POWER SOLUTIONS, LP, et al., | ) Case No.: 1516-CV01400 |
| Defendants. | ) |

### DEFENDANTS HD SUPPLY POWER SOLUTIONS, LP AND HD SUPPLY, INC. D/B/A HD SUPPLY POWER SOLUTIONS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants HD Supply Power Solutions, LP[1] and HD Supply, Inc. d/b/a HD Supply Power Solutions provide the following corporate disclosures:

HD Supply, Inc., by and through its counsel, states that it is owned by HDS Holding Corporation which is owned by HD Supply Holdings, Inc. a publicly-traded company owning more than ten percent (10%) of HD Supply, Inc.. HD Supply Power Solutions, LP has one general partner and two limited partners. The general Partner is HD Supply Powers Solutions Group, Inc., which is owned by HD Supply Holdings LLC, which is owned by HD Supply, Inc., which is owned by HDS Holding Corporation, which is owned by HD Supply Holdings, Inc., a publicly-traded company owning more than ten percent (10%) of Defendant HD Supply Power Solutions, LP.

---

[1] HD Supply Power Solutions, Ltd. operates in Missouri under the name of HD Supply Power Solutions, LP pursuant to its Application for an Amended Registration of a Foreign Limited Partnership in Missouri filed with the Missouri Secretary of State. For purposes of this lawsuit, those names refer to the same corporate entity.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: /s/ Adam T. Pankratz
Chris R. Pace, MO #47344
Adam T. Pankratz, MO #61285
4520 Main Street, Suite 400
Kansas City, MO 64111
Telephone: 816.471.1301
Facsimile: 816.471.1303
chris.pace@ogletreedeakins.com
adam.pankratz@ogletreedeakins.com

**ATTORNEYS FOR DEFENDANTS HD SUPPLY, INC. AND HD SUPPLY POWER SOLUTIONS, LP**

CERTIFICATE OF SERVICE

The undersigned certifies that on the 3rd day of March, 2015, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Katherine E. Myers, MO Bar #64896
Sarah C. Liesen, MO Bar #65331
Edelman, Liesen & Myers L.L.P.
4051 Broadway, Ste. 4
Kansas City, MO 64111
(816) 533-4976
(816) 463-8449 (facsimile)
kmyers@elmlawkc.com
sliesen@elmlawkc.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Adam T. Pankratz
**ATTORNEY FOR DEFENDANTS**

20264917.1